UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| COMERICA BANK, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>D'BEEFS, LLC, 7 BY 34, LLC, )<br>ERICA R. LICARDO and MAURICE )<br>GRUNWITZ  LICARDO, )<br>    Defendants. ) | **JUDGMENT**<br>No. 5:15-CV-38-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Maurice Grunwitz Licardo be dismissed as a party to this action; this action be stayed as to Defendant Erica R. Licardo; Comerica have and recover of Defendants D'Beefs and 7 by 34, jointly and severally, the amount of $276,403.79, plus interest thereon from and after January 15,2015, at the contractual per diem rate of $37.04 until paid; Comerica recover its attorney's fees from D'Beefs and 7 by 34, jointly and severally, in the amount of $41,460.57; and Comerica recover the costs of this action. Comerica's Second Amended Motion for Default Judgment and Attorney's Fees [DE-18] is ALLOWED. There is no just reason for delay in the entry of this Order and Judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**This Judgment Filed and Entered on December 3, 2015, and Copies To:**
Brooks Freeman Bossong (via CM/ECF electronic notification)
Brian Richard Anderson (via CM/ECF electronic notification)


DATE                                              JULIE RICHARDS JOHNSTON, CLERK
December 3, 2015                          /s/ Jacqueline B. Grady
                                                        (By) Jacqueline B. Grady, Deputy Clerk